435 A.2d 655

Commonwealth v. O'Brien, Appellant.

Submitted March 6, 1980. John M. Glace, Assistant Public Defender, for appellant; Marion E. Mac Intyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 656

Commonwealth v. Patrick, Appellant.

Submitted March 21, 1980. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.